■ EKLECCO NEWCO, LLC, Appellant, v Q OF PALISADES, LLC, Doing Business as QDOBA MEXICAN GRILL, et al., Respondents. (Appeal No. 2.) [939 NYS2d 918]—Appeal from an order of the Supreme Court, Onondaga County (John C. Cherundolo, A.J.), entered September 12, 2011 in a breach of contract action. The order, among other things, denied plaintiff's motion for leave to reargue and/or renew.

It is hereby ordered that said appeal from the order insofar as it denied leave to reargue is unanimously dismissed and the order is otherwise affirmed without costs.

Same memorandum as in *Eklecco Newco, LLC v Q of Palisades, LLC* (93 AD3d 1233 [2012]). Present—Centra, J.P., Fahey, Lindley, Sconiers and Martoche, JJ.